```
Approved:  _____
           BENJAMIN A. GIANFORTI
           Assistant United States Attorney

Before:    HONORABLE ANDREW E. KRAUSE
           United States Magistrate Judge
           Southern District of New York
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :     21 Mag.00626
           -v.-                       :     RULE 5(c)(3) AFFIDAVIT
                                      :
EDWARD JACOB LANG,                    :
                                      :
                   Defendant.         :
                                      :
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

      NATHAN RUDNICK, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

      On or about January 15, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Edward Jacob Lang" (the "Warrant"). The Warrant was based upon a complaint charging Edward Jacob Lang with one count of assaulting, resisting, or impeding certain officers or employees, in violation of 18 U.S.C. § 111(b); one count of engaging in civil disorder, in violation of 18 U.S.C. § 231(a)(3); one count of knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752; and one count of violent entry or disorderly conduct, in violation of 40 U.S.C. § 5104(e)(2) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

      I believe that EDWARD JACOB LANG, the defendant, who was taken into FBI custody on January 16, 2021, in the Southern District of New York, is the same individual as the "Edward Jacob Lang" who is wanted by the DDC.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent with the FBI. I have been personally involved in determining whether EDWARD JACOB LANG, the defendant, is the same individual as the "Edward Jacob Lang" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my discussions with other members of law enforcement, I know that:

   a. EDWARD JACOB LANG, the defendant, was arrested on or about January 16, 2021, at approximately 3 p.m., in Newburgh, New York. Based on my conversations with the arresting officers, I know that they recognized LANG based on the images set forth in the Agent Affidavit and their surveillance of LANG prior to the arrest.

3. When I took LANG into custody, I also recognized him from the images in the Agent Affidavit. In addition, during his post-arrest processing, LANG confirmed his identity and provided a New York State driver's license, which confirmed that his name is Edward Jacob Lang.

WHEREFORE, deponent prays that EDWARD JACOB LANG, the defendant, be bailed or imprisoned, as the case may be.

*Nathan Rudnick* /AEK (with permission)
NATHAN RUDNICK
Special Agent
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: **Skype for Business / telephone**

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3