UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EDWARD JACOB LANG,

                              Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

1-21-mj-00●
21mj626

Defendant, EDWARD JACOB LANG hereby voluntarily consents to participate in the following proceeding via videoconferencing and/or teleconferencing:

X    Initial Appearance Before a Judicial Officer

X    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X    Bail/Detention Hearing

X    Conference Before a Judicial Officer.

_Edward Jacob Lang /ASK with permission Steven A. Metcalf_
Defendant's Signature                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Edward Jacob Lang_                             _Steven Metcalf_
Edward Jacob Lang                                  STEVEN METCALF, ESQ.

This proceeding was conducted by reliable video or telephone conferencing technology.

_1/19/21_                                           _Andrew K——_
Date                                              U.S. District Judge/U.S. Magistrate Judge