UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                                       21 MJ 626

        -against-

                                        **ORDER**

EDWARD JACOB LANG,

                           Defendant.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At the initial appearance in this matter on January 19, 2021, which was conducted in the U.S. District Court for the Southern District of New York pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure, the Court set certain deadlines for the next steps in this case, but did not set a date for a preliminary hearing for the Defendant in accordance with Rule 5.1 of the Federal Rules of Criminal Procedure.

      At the initial appearance, the Defendant consented to detention without prejudice to making a bail application in the future.  Because the Defendant is in custody, he is entitled to have a preliminary hearing "no later than 14 days after the initial appearance."  Fed. R. Crim. P. 5.1(c).  Accordingly, a preliminary hearing in this matter is hereby scheduled for **Monday, February 1, 2021 at 2:00 p.m.,** which is 13 days after the Defendant's initial appearance.  Of course, the Defendant may agree to waive the preliminary hearing or consent to an extension of time for the preliminary hearing.  *See* Fed. R. Crim. P. 5.1(a)(1), (d).

      This Order will be docketed on ECF in the Southern District of New York.  Because no formal notice of appearance has been entered on the S.D.N.Y. ECF docket on behalf of the

Defendant, counsel for the Government is directed to provide a copy of this Order to counsel for the Defendant.

Dated: January 25, 2021
         White Plains, New York                    **SO ORDERED.**

                                                   _____
                                                   ANDREW E. KRAUSE
                                                   United States Magistrate Judge