| | |
|---|---|
| DOCKET No. 21mj00626 | DEFENDANT Edward Jacob Lang |
| AUSA Benjamin Gianforti | DEF.'S COUNSEL Steven Metcalf |
| | ☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY |
| ☐ ___ INTERPRETER NEEDED | ☐ DEFENDANT WAIVES PRETRIAL REPORT |
| ☐ Rule 5 ☐ Rule 9 ☑ Rule 5(c)(3) ☐ Detention Hrg. | DATE OF ARREST 1/16/2021   ☐ VOL. SURR. |
| ☐ Other: ___ | TIME OF ARREST 3:00pm   ☐ ON WRIT |
| | TIME OF PRESENTMENT 4:10pm |

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE SEP. ORDER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: ___
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $___ PRB  ☐ ___ FRP
☐ SECURED BY $___ CASH/PROPERTY: ___
☐ TRAVEL RESTRICTED TO SDNY/EDNY/___
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ___
___ ; REMAINING CONDITIONS TO BE MET BY: ___

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant consents to proceed remotely and is advised of his rights and the charges against him. Public reading of the complaint is waived. Steven Metcalf appeared on behalf of defendant. Defendant detained on consent without prejudice to a future bail hearing.

AT&T recording:45minues

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY             ☐ CONFERENCE BEFORE D.J. ON ___
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ___

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED                       ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED            ☐ CONTROL DATE FOR REMOVAL: ___

PRELIMINARY HEARING DATE: 2/1/2021             ☐ ON DEFENDANT'S CONSENT

**DATE:** 1/19/2021

*Andrew Krause* (signature)
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016