United States District Court
Southern District of New York
-------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                  1:21-mj-00061

           - **against** -                **NOTICE OF APPEARANCE**

**EDWARD JACOB LANG**,

               Defendant.
-------------------------------------------------------------X

MSSRS:

      Please Take Notice that the above-named Defendant has retained the undersigned to represent them in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
         January 19, 2021

                                            Respectfully Submitted,

                                            *Steven A. Metcalf*
                                            Steven A. Metcalf, Esq.
                                            *Attorney for Edward Jacob Lang*
                                            Metcalf & Metcalf, P.C.
                                            99 Park Avenue, 25th Flr.
                                            New York, NY 10016
                                            (Office) 646.253.0514
                                            (Fax) 646.219.2012
                                            (E) metcalflawnyc@gmail.com